**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CHRISTOPHER T. THOMAS,      :   No. 3 WM 2024
                        :
         Petitioner         :
                        :
                        :
         v.                 :
                        :
                        :
PENNSYLVANIA PAROLE BOARD,    :
                        :
         Respondent       :

## ORDER

**PER CURIAM**

       **AND NOW**, this 28th day of June, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the "Petition for Appointment of Counsel for Appeal" are DENIED.